## PRATHER and Others v. RAMBO, on Appeal.

THE appellants, defendants below, demurred to the declaration, by writing on the back of it these words: "General Demurrer." The plaintiff's joinder was, "And Joinder." Judgment for the plaintiff below.—*Held*, that the informality of the demurrer could not be assigned for error by the appellants; a party having no right to complain of an error or irregularity produced by his own act.

*Tuesday, May 14.*

---

## CONNER v. PAXSON and Others, in Error.

HELD, that the record of an order of Court granting a right of ferry, need not show that the rates have been fixed by the Court, nor that the party has executed a bond, according to law (1).